## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DAVID ALSTON, | : | |
| | : | |
| Petitioner, | : | Civ. No. 16-3455 (KSH) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | **MEMORANDUM & ORDER** |
| | : | |
| Respondent. | : | |
| | : | |

Petitioner is a federal prisoner proceeding *pro se* with an amended motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. (*See* Dkt. No. 9.) The Clerk will be ordered to reopen this case. On April 8, 2022, Respondent filed its response in opposition to Petitioner's amended § 2255 motion. (*See* Dkt. No. 10.) Petitioner shall be given an opportunity to file a reply in support of his amended § 2255 motion. Additionally, a review of the Federal Bureau of Prisons inmate locator indicates Petitioner is lodged at a new facility than his current address of record. Thus, the Clerk shall be ordered to update Petitioner's address.

Accordingly, IT IS on this 11th day of April, 2022,

ORDERED that the Clerk shall reopen this case; and it is further

ORDERED that the Clerk shall update Petitioner's address of record as follows: David Alston, 26835-050, FCI Herlong, Federal Correctional Institution, P.O. Box 800, Herlong, CA 96113; and it is further

ORDERED that Petitioner shall have thirty (30) days in which to file a reply in support of his amended § 2255 motion should he elect to do so; and it is further

2

ORDERED that the Clerk shall serve this memorandum and order as well as a copy of Respondent's opposition to his amended § 2255 motion (Dkt. No. 10) on Petitioner by regular U.S. mail.

s/ Katharine S. Hayden
KATHARINE S. HAYDEN
United States District Judge